# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2011

141956

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

ALAN GEORGE THOMPSON,
       Defendant-Appellant.

SC: 141956
COA: 292280
St. Clair CC: 08-002522-FH

_____/

     On order of the Court, the application for leave to appeal the September 28, 2010 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Pullen* (Docket No. 142751) and *People v Watkins* (Docket No. 142031) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2011

Clerk

p0323